IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF GEORGIA
**Dublin** DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 JUN 27 A 9 36
CLERK ___
SO. DIST. OF GA.

Theodore T. Arnold

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)
Plaintiff

vs.

Telfair State prison
Warden Jermaine White
G.D.C.
Deputy Warden Jacob Beasley
Deputy Warden Veronica Stewart
Unit manager Karen Thomas
Cert. officer Michael Kinsey
Timothy C. Ward Commissioner
(NAME OF EACH DEFENDANT)
Grievance Coordinator Patricia Wilcox
Captain Gary Fuller
Sgt. Latrevius Hall                Defendant(s)
Cert. officer Ricky Wilcox Jr.

CIVIL ACTION NO:

CV322 - 69

## I. GENERAL INFORMATION

1. Your full name and prison number  Theodore Tarell Arnold - 1000144780
2. Name and location of prison where you are now confined Telfair State Prison p.o. Box 549 Helena Ga 31037
3. Sentence you are now serving (how long?) 13 years
   (a) What were you convicted of? (5) Armed Robbery, (2) Kinapping, Agg. Assault, Hijacking a motor vehicle
   (b) Name and location of court which imposed sentence Clayton County Superior Court 9151 Tara blvd. Jonesboro Ga 30236
   (c) When was sentence imposed? 8-31-12 (3-7-12) or 8-30-2012
   (d) Did you appeal your sentence and/or conviction?   Yes ☐   No ☑
   (e) What was the result of your appeal? ___

(f) Approximate date your sentence will be completed_____

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes [ ]   No [✓]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s):_____

   Defendant(s):_____

   (b) Name of Court:_____
   (c) Docket Number:_____ When did you file this lawsuit?_____
   (d) Name of judge assigned to case:_____
   (e) Is this case still pending?   Yes [ ]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:
   Plaintiff(s): Theodore T. Arnold
   Defendant(s): Marty Allen, Calvin Orr, Shawn Emmons, Anthony Terrell
   (b) Name of Court: U.S. District Court Middle District of Georgia
   (c) Docket Number: 7:14-cv-00086-HL-TQL  When did you file this lawsuit? 06-05-2014
   (d) Name of judge assigned to case: U.S. District Judge Hugh Lawson
   (e) Is this case still pending?   Yes [ ]   No [✓]

(f)     If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

Judgement dismissing this Case, 6/5/2015

8. AS TO ANY LAWSUIT FILED IN ANY FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?     Yes ☐     No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Telfair State Prison

(a) Does this institution have a grievance procedure?     Yes ☑     No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☑     No ☐

(2) If Yes, what was the result? grievance #332005 was forwarded to Criminal Investigation Division on 11/3/21. Grievance #339375 the grievance coordinator refused to properly process my grievance. Rejecting it without the warden signature, and refused to give me a grievance appeal.

(3) If No, explain why not:

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

I wrote Warden Jermaine White on 10-26-21, 6-1-22, 6-7-22 and talked with him on 3-22-22 in E-1 housing along with DWS Jacob Beasley, unit manager Karen Thomas and DWS Veronica Stewart who I wrote on 6-1-22, 6-8-22 and spoke with again on 4-14-22. I wrote (OPS) May 29, 2022.

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?    Yes ☐    No ✓

(1) If Yes, to whom did you appeal and what was the result? _____

(2) If No, explain why you did not appeal: The Grievance Coordinator refused to give me any appeal and told me grievance #332005 was forwarded to Criminal Investigation Division, and grievance #339375 that she had to get the warden to sign it and she wasn't giving me an appeal.

10. In what other institutions have been confined? Give dates of entry and exit.

Hays State Prison 2012 to 2013
Autry State Prison 2013 to 2013
Valdosta State Prison 2013 to 2015
G.S.P 2015 to May 20, 2021
Telfair State Prison May 20, 2021

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Telfair State Prison P.O. Box 549 170 Longbridge Rd. Helena, Ga 31037

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY) Telfair State Prison (employer)

Jermaine White (warden) Telfair State Prison / Timothy C. Ward - Commissioner (300 Patrol Rd. Forsyth, Ga 31029)
Jacob Beasley (Deputy Warden of Security) Valdosta State Prison - 3259 Val Tech Rd. Valdosta 31601
Veronica Stewart (Deputy Warden of Security) Telfair State Prison
Karen Thomas (Unit manager) Telfair State Prison / G.D.C (300 Patrol Rd. Forsyth, Ga 31029) (employer)
Michael Kinsey (Cert. officer) Telfair State Prison
Ricky Wilcox Jr. (Cert. officer) Telfair State Prison
Patricia Wilcox (Grievance Coordinator) Telfair State Prison
Gary Fuller (Captain) Telfair State Prison / Latrevius Hall (Sgt./D.R investigator) Telfair State Prison
D.R. Heartha ofc.

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? **Telfair State Prison**

WHEN do you allege this incident took place? **10-19-21 — 3-10-22**

WHAT happened? **See attachment → (1),(2)**

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

(R.N) Ellizibeth Rykard - She did the body shoot for the excessive force on 10-19-21.

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

See Attachment (3) and Attachment (4)

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 19 day of June, 20 22.

_____
PLAINTIFF

Claim (1)  29.1  Attachment (1)

On October 11, 2021 my right to be protected against Cruel and Unusual punishment provided by the 8th Amendment to the U.S. Constitution was blatantly violated during an excessive use of force inflicted upon me by Cert. Ofc. Michael Kinsey. While attempting to go obtain my Covid Vaccine Cert, Ofc. Michael Kinsey instructed me to "Put on a State Shirt." I informed him of the fact that I didn't have one and I had also previously informed Deputy Warden Veronica Stewart and unit manager Denisha Ballamy of this issue and recently submitted a Clothing request form. Cert. Ofc. Michael Kinsey replied "Nigga go find a Shirt." I humbly informed him of the fact that I am not a nigga Cert. Ofc. Michael Kinsey replied "Nigga fuck all that go get a Shirt." I complied by borrowing a shirt from inmate Mark Gibson, Subsequently I walked out of the building tucking my shirt in and Cert. Ofc. Michael Kinsey instructed me to get on the fence, I complied and faced the fence while still tucking in my shirt. Before I made it to the fence Cert. Ofc. Michael Kinsey instructed me to place my hands behind my back, I complied and asked him if he wanted me to finish tucking my shirt in. Cert. Ofc. Michael Kinsey then pulled out his taser and instructed me to place my hands behind my back, again I complied and he responded by shooting me with his taser in my back while my hands were behind my back. Subsequently I asked him "Why did he shoot me?" He replied by reloading his taser and instructing to get on the ground, again I complied. I was escorted to E-2 housing unit by Cert. Ofc. Monzner and examined by R.N. Elizabeth Rykard. Who did the body sheet on me pertaining to this excessive use of force. Cert. Ofc. Michael Kinsey tried to cover it up by submitting a D.R. without writing an incident Report. I wrote a grievance that was said by and signed by Warden Jermaine White to be forwarded to the Criminal Investigation Division (OPS) on 11-3-21 but I never seen nor heard or talked to anyone pertaining to this issue, clear sign of false documentation. Since this incident I have been experiencing severe back pain and my range of motion has been severely altered. I am suing Cert. Ofc. Michael Kinsey in his ~~official and~~ individual capacity. I am suing Warden Jermaine White, Deputy of Warden of Security Jacob Beasley, Deputy Warden of Security Veronica Stewart, and Grievance Coordinator Patricia Wilcox in their ~~official and~~ individual capacity for having knowledge of the situation and failing to correct it and for trying to cover the incident up with false documentations.

I'm Suing the Georgia Department of Corrections (G.D.C) for the actions of their employees, including but not limited to: Warden Jermaine White, Deputy Warden of Security Jacob Beasley, Deputy of Warden of Security Veronica Stewart, Unit manager Karen Thomas, Captain Gary Fuller, Sgt. Latrevius Hall, Cert. Ofc. Michael Kinsey, Cert. Ofc. Ricky Wilcox Jr., Grievance Coordinator Patricia Wilcox, Telfair State Prison. I'm Suing G.D.C in their individual and official capacities.

Furthermore I'm Suing Commissioner Timothy C. Ward for Supervisor liability Due to the fact he was notified of the issue yet he failed to correct it even though it's his job to do so, I'm Suing him in his individual capacity.

I'm Suing Telfair State prison for the actions of their employees, including but not limited to the defendants named above, I'm Suing Telfair State prison in their individual and capacities official capacities.

I'm also Suing Captain Gary Fuller for Supervisor liability Due to the fact he was notified of the issue yet he failed to correct it even though it's his job to do so, I'm Suing him in his individual and official capacities.

March 10, 2022 I was atrociously denied the protection from Cruel and unusual punishment by and through the 5th Amendment to the U.S. Constitution when Cert. Ofc. Michael Kinsey and his Cousin Cert. Ofc. Ricky Wilcox Jr. falsely accused me of possession of a weapon he allegedly found in Housing Unit C-2-123 in spite of the fact that my housing assignment was C-2-111 Top. Due to this false accusation I was escorted to Tier 1 Segregation and held without Due process for 40 days March 10, 2022 until April 19, 2022. Unit Manager Karen Thomas, Deputy Warden of Security Veronica Stewart, Warden Jacob Beasley, Deputy Warden of Security Veronica Stewart, Warden Jermaine White Captain Gary Fuller, and Sgt. Latrevius Hall all knew of this issue and failed to correct it in any way for the 40 day period I was falsely imprisoned without Due process of law because I was never served a Disciplinary Report nor did I ever recieve the manditory 96 hour hearing notifying me of why I was housed inside Tier 1 Segregation I wrote grievances about the issue but the Grievance Coordinator Patricia Wilcox also Cert. Ofc. Ricky Wilcox Jr. (mother) and Cert. Ofc. Michael Kinsey (Auntie) who all grievances written have to go through processing the grievances I've wrote on the threats, harrassments most are passed the limitation and I haven't been notified so she either threw the grievances away, falsely processed them and tried to give a excuse to why the Warden didn't sign the Denial/Rejected grievance or, Grievance Coordinator Patricia Wilcox didn't process the grievances at all. This clearly conduct falsifying documentation(s), harrassment, and retaliation. I'm Suing Cert. Ofc. Michael Kinsey, Cert. Ofc. Ricky Wilcox Jr, Sgt. Latrevius Hall, Captain Gary Fuller, Deputy Warden of Security Jacob Beasley, Deputy Warden of Security Veronica Stewart, Warden Jermaine White, and Unit manager Karen Thomas all for false imprisonment in their individual Capacity. Also Cert. Ofc. Michael Kinsey for harrassment because he did this in retaliation to my grievance (see Claim 1) about his excessive use of force in October of 2021. During this incident Cert. Ofc. Michael Kinsey aimed his taser in my face and threatened to shoot me again. I am suing him in his individual Capacity. I'm Suing Grievance Coordinator Patricia Wilcox for falsifying documentation and harrassment because she retaliated due to the grievances I wrote on her nephew Cert. Ofc. Michael Kinsey in October 2021 (see claim 1) I'm suing her in her individual Capacity.

I'm Suing Commissioner Timothy C. Ward for Supervisor liability Due to the fact he was notified of the issue yet he failed to correct it even though it's his job to do so, I'm Suing him in his individual capacity.

I'm Suing the Georgia Department of Corrections (G.D.C) for the actions of their employees, including but not limited to: Warden Jermaine White, Deputy Warden of Security Jacob Beasley, Deputy Warden of Security Veronica Stewart, Unit Manager Karen Thomas, Captain Gary Fuller, Sgt. Latrevius Hall, Cert. Ofc. Michael Kinsey, Cert. Ofc. Ricky Wilcox Jr., Grievance Coordinator Patricia Wilcox, Commissioner Timothy C. Ward, Telfair State Prison. I'm Suing them in their individual and official capacities.

Furthermore I'm Suing Telfair State Prison for the actions of it's employees, including but not limited to the defendants named above. I'm Suing Telfair State Prison in their individual and official capacities.

1) To award plaintiff Arnold Compensatory damages in the amount of $449,000.00 against defendant Michael Kinsey in his individual capacity.

2) To award plaintiff Arnold punitive damages in the amount of $898,000.00 against defendant Michael Kinsey in his individual capacity.

3) To award plaintiff Arnold punitive damages in the amount of $900,000.00 against defendant Jermaine White in his individual capacity.

4) To award plaintiff Arnold Compensatory damages in the amount of $500,000.00 against defendant Jermaine White in his individual capacity.

5) To award plaintiff Arnold punitive damages in the amount of $750,000.00 against defendant Gary Fuller in his individual capacity.

6) To award plaintiff Arnold Compensatory damages in the amount of $450,000.00 against defendant Gary Fuller in his individual capacity.

7) To award plaintiff Arnold punitive damages in the amount of $800,000.00 against defendant Veronica Stewart in her individual capacity.

8) To award plaintiff Arnold punitive damages in the amount of $800,000.00 against defendant Jacob Beasley in his individual capacity.

9) To award plaintiff Arnold Compensatory damages in the amount of $450,000.00 against defendant Veronica Stewart in her individual capacity.

10) To award plaintiff Arnold Compensatory damages in the amount of $450,000.00 against defendant Jacob Beasley in his individual capacity.

11) To award plaintiff Arnold Compensatory damages in the amount of $500,000.00 for falsifying documentation against defendant Patricia Wilcox in her individual capacity,

12) To award plaintiff Arnold punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Patricia Wilcox in her individual Capacity.

13) To award Plaintiff Arnold compensatory damages in the amount of $500,000.00 for falsifying documentation against defendant Jermaine White in his individual Capacity.

14) To award plaintiff Arnold punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Jermaine White in his individual Capacity.

15) To award Plaintiff Arnold Compensatory damages in the amount of $500,000.00 for falsifying documentation against defendant Jacob Beasley in his individual Capacity.

16) To award plaintiff Arnold Punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Jacob Beasley in his individual Capacity.

17) To award Plaintiff Arnold Compensatory damages in the amount of $500,000.00 for falsifying documentation against Veronica Stewart in her individual capacity.

18) To award Plaintiff Arnold punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Veronica Stewart in her individual Capacity.

19) To award Plaintiff Arnold Compensatory damages in the amount of $875,000.00 against defendant Timothy C. Ward in his individual Capacity.

20) To award Plaintiff Arnold Punitive damages in the amount of $925,000.00 against defendant Timothy C. Ward in his individual Capacity.

21) To award Plaintiff Arnold Compensatory damages against defendant Georgia Department of Corrections (G.D.C) for the actions of it's employees, in the amount of $5,174,000 in their individual and official Capacity, including but not limited to employees named above.

22) To award Plaintiff Arnold Punitive damages against defendant Georgia Department of Corrections (G.D.C) for the actions of it's employees, including but not limited to employees named above. In the amount of $9,073,000 in their individual and official capacity.

23) To award Plaintiff Arnold injunctive relief requesting defendant Georgia Department of Corrections to demote all named defendants above to COI<(1).

24) To award Plaintiff Arnold Compensatory damages against defendant Telfair State Prison for the actions of it's employees, including but not limited to employees named above. In the amount of $5,174,000 in their individual and official capacity.

25) To award Plaintiff Arnold punitive damages against defendant Telfair State prison for the actions of it's employees, including but not limited to employees named above. In amount of $9,073,000 in their individual and official capacity.

26) To award Plaintiff Arnold injunctive Relief requesting defendant Telfair State Prison to demote all named defendants above to COI<(1),

27) Plaintiff also seek a jury trial on all issues triable by jury.

28) Plaintiff also seek recovery of the costs in this suit, including Attorney fees if Courts grant Plaintiff an attorney, and

29) Any additional relief this court deems just, proper, and equitable.

1) To award Plaintiff Arnold Compensatory damages in the amount of $10,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 Administrative Segregation, against defendant Michael Kinsey in his individual capacity.

2) To award Plaintiff Arnold Punitive damages in the amount of $5,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 Administrative segregation against Michael Kinsey in his individual capacity.

3) To award Plaintiff Arnold Compensatory damages in the amount of $10,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 Administrative Segregation against defendant Ricky Wilcox Jr. in his individual capacity.

4) To award Plaintiff Arnold Punitive damages in the amount of $5,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 Administrative Segregation against defendant Ricky Wilcox Jr. in his individual capacity.

5) To award Plaintiff Compensatory damages in the amount of $10,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 administrative Segregation against defendant Jermaine White in his individual capacity.

6) To award plaintiff punitive damages in the amount of $5,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 administrative Segregation against defendant Jermaine White in his individual capacity.

7) To award plaintiff Compensatory damages in the amount of $10,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 administrative Segregation against defendant Veronica Stewart in her individual capacity.

8) To award plaintiff punitive damages in the amount of $5,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 administrative Segregation against defendant Veronica Stewart in her individual capacity.

9) To award Plaintiff Compensatory damages in the amount of $10,000⁰⁰ a day for everyday I was falsely imprisoned confined in Tier 1 administrative Segregation against defendant Jacob Beasley in his individual capacity.

10) To award Plaintiff punitive damages in the amount of $5,000⁰⁰ a day for every day I was falsely imprisoned confined in Tier 1 administrative Segregation against defendant Jacob Beasley in his individual capacity.

11) To award plaintiff Arnold Compensatory damages in the amount of $10,000.00 a day for everyday I was falsely imprisoned confined in Tier 1 administrative segregation against defendant Karen Thomas in her individual capacity.

12) To award Plaintiff Arnold punitive damages in the amount of $5,000.00 a day for everyday I was falsely imprisoned confined in Tier 1 administrative segregation against defendant Karen Thomas in her individual Capacity.

13) To award Plaintiff Arnold Compensatory damages in the amount of $10,000.00 a day for everyday I was falsely imprisoned confined in Tier 1 administrative segregation against defendant Gary Fuller in his individual Capacity.

14) To award plaintiff Arnold Punitive damages in the amount of $5,000.00 a day for everyday I was falsely imprisoned Confined in Tier 1 administrative Segregation against defendant Gary Fuller in his individual Capacity.

15) To award Plaintiff Arnold Compensatory damages in the amount of $10,000.00 a day for everyday I was falsely imprisoned Confined in Tier 1 administrative segregation against defendant Latrevius Hall in her individual Capacity.

16) To award Plaintiff Arnold punitive damages in the amount of $5,000.00 a day for everyday I was falsely imprisoned Confined in Tier 1 administrative segregation against Latrevius Hall in her individual Capacity.

17) To award Plaintiff Arnold Compensatory damages in the amount of $500,000.00 for falsifying documentation against defendant Patricia Wilcox in her individual capacity.

18) To award Plaintiff Punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Patricia Wilcox in her individual capacity.

19) To award plaintiff compensatory damages in the amount of $500,000.00 for falsifying documentation against defendant Jermaine White in his individual Capacity.

20) To award Plaintiff punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Jermaine White in his individual capacity.

# Claim & Relief

21) To award plaintiff compensatory damages in the amount of $500,000.00 for falsifying documentation against Jacob Beasley in his individual capacity.

22) To award plaintiff punitive damages in the amount of $1,000,000.00 for falsifying documentation against Jacob Beasley in his individual capacity.

23) To award plaintiff compensatory damages in the amount of $500,000.00 for falsifying documentation against ~~damages~~ defendant Veronica Stewart in her individual capacity.

24) To award plaintiff punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Veronica Stewart in her individual capacity.

25) To award plaintiff compensatory damages in the amount of $500,000.00 for falsifying documentation against defendant Karen Thomas in her individual capacity.

26) To award plaintiff punitive damages in the amount of $1,000,000.00 for falsifying documentation against defendant Karen Thomas in her individual capacity.

27) To award plaintiff compensatory damages in the amount of $890,000.00 against defendant Timothy C. Ward in his individual capacity.

28) To award plaintiff punitive damages in the amount of $989,650.00 against defendant Timothy C. Ward in his individual capacity.

29) To award plaintiff Arnold compensatory damages against defendant Georgia Department of Corrections (G.D.C) for the actions of it's employees, including but not limited to employees named above. In the amount of $6,590,000.00 in their individual and ~~to pac~~ official capacity.

30) To award plaintiff Arnold punitive damages against defendant Georgia Department of Corrections (G.D.C) for the actions of it's employees, including but not limited to employees named above. In the amount of $7,589,650 in their individual and official capacity.

31) To award Plaintiff Arnold injunctive Relief requesting defendant Georgia Department of Corrections to Terminate defendant(s) Michael Kinsey and Patricia Wilcox.

32) To award Plaintiff Arnold Compensatory damages against defendant Telfair State Prison for the actions of it's employees, including but not limited to employees named above. In the amount of $6,590,000 in their individual and official Capacity.

33) To award plaintiff Arnold punitive damages against defendant Telfair State Prison for the actions of it's employees, including but not limited to employees named above. In the amount of $7,589,650 in their individual and official capacity.

34) To award Plaintiff Arnold injunctive relief requesting defendant Telfair State Prison to Terminate defendant(s) Michael Kinsey and Patricia Wilcox.

35) Plaintiff also seek a jury trial on all issues triable by jury.

36) Plaintiff also Seek recovery of the costs in this Suit, including Attorney fees if Courts grants plaintiff an attorney; and

37) Any additional relief this Court deems just, proper, and equitable.

1.76

Theodore T. Arnold
GDC# 1000144780
Telfair State Prison
P.O. Box 549
Helena, Ga 31037

Clerk, U.S. District Court
P.O. Box 1130
Augusta, Ga 30903



TELFAIR STATE PRISON
P.O. BOX 549, HELENA, GA 31037

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the riter raises a question or problem over which this facility/center has urisdiction, you may wish to return the material for further information, or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."