IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THEODORE T. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-069 |
| | ) | |
| TELFAIR STATE PRISON; GDC DEPUTY | ) | |
| WARDEN JACOB BEASLEY; DEPUTY | ) | |
| WARDEN VERONICA STEWART; UNIT | ) | |
| MANAGER KAREN THOMAS; CERT. | ) | |
| OFFICER MICHAEL KINSEY; TIMOTHY | ) | |
| C. WARD, Commissioner; PATRICIA | ) | |
| WILCOX, Grievance Coordinator; | ) | |
| CAPTAIN GARY FULLER; SGT. | ) | |
| LATREVIUS HALL; CERT. OFFICER | ) | |
| RICKY WILCOX, JR.; JERMAINE WHITE, | ) | |
| Warden; and G.D.C., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendants Telfair State Prison, Beasley, Stewart, Thomas, Ward, Patricia Wilcox, Fuller, Hall, Ricky Wilcox, White, and Georgia Department of Corrections, along with Plaintiff's official capacity claims for money damages against Defendant Kinsey. The case

shall proceed against Defendant Kinsey as described in the Magistrate Judge's August 11, 2022 Order. (Doc. no. 9.)

SO ORDERED this ____ day of September 2022, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE