IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THEODORE T. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-069 |
| | ) | |
| CERT. OFFICER MICHAEL KINSEY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On February 28, 2023, the United States Marshal informed the Court it was unable to execute personal service on Defendant Kinsey because he is deployed overseas with the United States Army. (Doc. no. 18.) Because Defendant Kinsey is the only Defendant in this action, Plaintiff's case cannot move forward if service cannot be properly effected on Defendant.

The Servicemembers Civil Relief Act provides for the temporary suspension of judicial proceedings that may adversely affect the civil rights of servicemembers during their military service. 50 U.S.C.A § 3931. Furthermore, the Court has "broad discretion to stay proceedings as an incident to its power to control its own docket." Allstate Ins Co. v. Electrolux Homeproducts, Inc., No. CV 619-044, 2019 WL 7494445, at *1 (S.D. Ga. July 3, 2019) (citation omitted) (Hall, C.J.). Therefore, in light of Defendant's deployment status overseas, the Court **STAYS** all proceedings in this case and **DIRECTS** the **CLERK** to **ADMINISTRATIVELY CLOSE** this action. Administratively closing the case will not prejudice the rights of Plaintiff but would serve to control the Court's docket. See Jenkins v.

<u>Davis</u>, CV 118-140, doc. no. 171 (S.D. Ga. Mar. 10, 2022) (Hall, C.J.) (closing case for administrative purposes and explaining rights of parties would not be prejudiced).  The Court further **DIRECTS** the Marshal to inform the Court of Defendant Kinsey's deployment status on or before December 1, 2023.

Finally, because Defendant is a present or former prison employee, to ensure the Georgia Attorney General's Office is aware of the status of this case, the Court **DIRECTS** the **CLERK** to serve a copy of this Order on Meghan Davidson by email at mdavidson@law.ga.gov.

SO ORDERED this 10th day of March, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA