IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THEODORE T. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-069 |
| | ) | |
| CERT. OFFICER MICHAEL KINSEY, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Pursuant to the Court's March 10, 2023 Order, (doc. no. 19), the United States Marshal has notified the Court that Defendant Kinsey has returned from deployment overseas, (doc. no. 22). Due to his return, the Court **DIRECTS** the **CLERK** to administratively reopen this action and lift the stay of proceedings.

The Court further **DIRECTS** the Marshal to mail a copy of the complaint, (doc. no. 1), the Court's August 11, 2022 Order, (doc. no. 9), the Court's March 10, 2023 Order, (doc. no. 19), and a copy of this Order by first-class mail and request that Defendant Kinsey waive formal service of the summons.[1] Fed. R. Civ. P. 4(d). The Court **EXTENDS** the deadline for service under Fed. R. Civ. P. 4(m) by sixty days through and including January 8, 2024.

---

[1] The Court has already provided Defendant Kinsey instructions regarding waiver and service of process in its August 11, 2022 Order. (Doc. no. 9, p. 4.)

Finally, because Defendant Kinsey is a former prison employee, to ensure the Georgia Attorney General's Office is aware of the status of this case, the Court **DIRECTS** the **CLERK** to serve a copy of this Order on Roger Chalmers by email at rchalmers@law.ga.gov.

SO ORDERED this 8th day of November, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA