IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| THEODORE T. ARNOLD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 322-069 |
| | ) | |
| CERT. OFFICER MICHAEL KINSEY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **GRANTS** Defendant's motion to set aside default. (Doc. no. 31.) This case shall proceed as set forth by the Clerk's March 18th scheduling notice setting case deadlines. (Doc. no. 32.)

SO ORDERED this ___3rd___ day of May, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE